IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 13 CV 1074 |
| | ) | |
| The CITY OF CHICAGO, et al., | ) | Judge SHAH |
| | ) | |
| Defendants. | ) | Magistrate Judge Valdez |

**JOINT REASSIGNMENT STATUS REPORT**

1. **Nature of the Case**

    A. **Attorneys for Plaintiff Michael Lee:** Torreya L. Hamilton, Thomas P. Needham, Joseph L. Novosel, and Kevin T. Turkcan.

    **Attorneys for All Defendants:** Lindsay Wilson Gowin, Victoria R. Benson, and Arlene E. Martin.

    B. **Basis for Federal Jurisdiction:** This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has also brought common law claims under Illinois law over which this Court has supplemental jurisdiction.

    C. **Nature of the Claims:** Plaintiff has brought federal civil rights claims for unlawful search and seizure, and an Illinois state law malicious prosecution claim against Defendant Officers arising from their stop and search of his vehicle and his subsequent arrest and prosecution. Defendants deny Plaintiff's allegations and deny any wrongdoing whatsoever.

    D. **Relief Sought:** Plaintiff seeks compensation for the injuries he suffered as a result of Defendant Officers' misconduct.

    E. **Parties Not Yet Served:** None.

2. **Prior History, Discovery, and Motions**

    A. **Substantive Rulings:** On May 13, 2013, Defendants filed a motion to dismiss Plaintiff's complaint, arguing that the finding of probable cause at the preliminary hearing in the underlying criminal case collaterally estopped Plaintiff from bringing claims for unlawful search and seize and malicious prosecution. After the parties fully briefed this motion, on November 21, 2013, the Court then converted it to a motion for summary judgment pursuant to Federal Rule of Civil Procedure 12(d). The parties then fully re-briefed summary judgment, in compliance with the Local Rules for summary judgment motions, and on March 5, 2013, the Court denied Defendants' motion in its entirety.

B. **Discovery:** The parties have exchanged Federal Rule of Civil Procedure 26(a)(1) initial disclosures and are in the process of completing written discovery. Defendants have responded to Plaintiff's discovery requests and are awaiting Plaintiff's responses to Defendants' discovery requests. Defendants have noticed Plaintiff's deposition for July 30, 2014. The Court has not yet set a date for the close of discovery.

C. **Pending Motions:** None.

D. **Anticipated Motions:** The parties do not anticipate filing any motions at this time.

3. Trial

   A. **Jury Trial:** Both sides have requested a jury trial.

   B. **Trial Dates:** The Court has not set a trial date. Plaintiff anticipates being ready for trial by February 1, 2015.

   C. **Length of Trial:** Plaintiff anticipates that a jury trial will last approximately three days.

   D. **Pretrial Order:** The parties have not yet filed a final pretrial order, and pretrial order deadlines have not yet been set.

4. Referrals and Settlement

   A. **Referral:** This case has not been referred to the Magistrate Judge for any purpose.

   B. **Status of Settlement:** Plaintiff's position: Plaintiff issued a demand letter to defense counsel on June 2, 2014. On June 19, 2014, Ms. Hamilton and Ms. Benson discussed Plaintiff's demand in a telephone conference. The parties seem to have reached an impasse in settlement negotiations, mostly due to the fees and costs accumulated as a result of Defendants frivolous motion to dismiss and summary judgment motion.

   Defendant's position: Counsel for Defendants have been engaged in settlement discussions with Plaintiff's counsel and are awaiting a response to their most recent offer made on July 14, 2014.

   C. **Settlement Conference:** Plaintiff is amenable to participating in a settlement conference with the Magistrate Judge or this Court. Defendants do not believe a settlement conference will be fruitful.

   D. **Proceeding Before the Magistrate:** The parties do not unanimously consent to proceed before the Magistrate Judge.

Respectfully submitted,                                     Respectfully submitted,


/s Kevin T. Turkcan                                         /s Victoria R. Benson
One of Plaintiff's Attorneys                                One of Defendant's Attorneys

| | |
|---|---|
| Kevin T. Turkcan, *of counsel* <br> Torreya L. Hamilton <br> HAMILTON LAW OFFICE, LLC <br> 53 West Jackson Boulevard, Suite 452 <br> Chicago, IL 60604 <br> 312.726.3173 | Victoria R. Benson <br> City of Chicago, Department of Law <br> 30 North LaSalle Street, Suite 900 <br> Chicago, IL 60602 <br> 312.742.1842 |